# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case # 15-cv-2343(SAS)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of February, two thousand and sixteen.

_____

Tannerite Sports, LLC,

      Plaintiff - Appellant,

v.

NBCUniversal News Group, a division of NBCUniversal Media, LLC, Wlex Communications, LLC,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 15-3485

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Feb. 24, 2016

    The parties stipulate that this appeal is withdrawn as to WLEX, but will proceed with respect to the remaining claims. The parties jointly request and stipulate that the Clerk of Court dismiss WLEX from the above-captioned case, and that any costs and fees as to WLEX be taxed against Tannerite.

    The stipulation is hereby SO ORDERED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[signature: Catherine O'Hagan Wolfe]*

CERTIFIED COPY ISSUED ON FEBRUARY 24, 2016